IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 06- 77 |
| CURTIS WHITE, aka Lacy White | ) ) | |
| Defendant. | ) | |

REDACTED

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT 1

On or about May 25, 2006, in the State and District of Delaware, Curtis White aka Lacy White, defendant herein, did knowingly possess with intent to distribute five (5) grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Shannon T. Hanson
Assistant U.S. Attorney

Dated: July 13, 2006