IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Case 06- 77 |
| CURTIS WHITE aka Lacy White, | : |
| Defendant. | : |

## MOTION AND ORDER FOR BENCH WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shannon Thee Hanson, Assistant United States Attorney, hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Curtis White aka Lacy White as a result of the Indictment returned against him on July 13, 2006.

COLM F. CONNOLLY
United States Attorney

BY: _____
Shannon Thee Hanson
Assistant United States Attorney

Dated: July 13, 2006

AND NOW, this 13th day of July, 2006, upon the foregoing Motion, **IT IS ORDERED** that a warrant be issued for the arrest and apprehension of Peter Clironomos.

_____
United States District Judge