IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICY OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 06-77-SLR |
| | ) |
| CURTIS WHITE, | ) |
| | ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE**

To:  Clerk, U.S. District Court
 District of Delaware
 844 North King Street
 Room 4209
 Wilmington, DE  19801

    Please enter the appearance of Charles E. Butler, Esquire for the defendant, Curtis White, in the above-captioned matter.

August 2, 2006
/s/ Charles E. Butler
CHARLES E. BUTLER
1224 North King Street
Wilmington, Delaware  19801
(302) 655-4100

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICY OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-77-SLR |
| | ) | |
| CURTIS WHITE, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

    I, Charles E. Butler, attorney in the above-captioned action do hereby certify that on August 2, 2006, I served a copy of the foregoing Entry of Appearance via facsimile and First Class U.S. Mail, postage prepaid to:

Shannon Thee Hanson, AUSA
U.S. Attorney's Office
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE  19899-2046
**FACSIMILE:  302/571-1750**


        /s/ Charles E. Butler
        CHARLES E. BUTLER