IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 06-077-SLR |
| | ) |
| CURTIS WHITE, | ) |
| | ) |
| Defendant. | ) |

O R D E R

At Wilmington this 3rd day of October, 2006,

IT IS ORDERED that a telephonic status conference is scheduled for **Thursday, October 26, 2006** at **3:30 p.m.**, with the court initiating said call.

_____
United States District Judge