AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

CURTIS WHITE

**WARRANT FOR ARREST**

Case Number: CR 06-77 (~~UNA~~) SLR

2007 AUG 16 AM 9:26

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ CURTIS WHITE _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with (brief description of offense)

POSSESSION WITH INTENT TO DISTRIBUTE FIVE GRAMS OR MORE OF A MIXTURE AND SUBSTANCE CONTAINING COCAINE BASE

in violation of Title _____ 21 _____ United States Code, Section(s) _____ 841(a)(1) and (b)(1)(B) _____

PETER T. DALLEO
Name of Issuing Officer

Evette Watson, Deputy Clerk
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

July 14, 2006 in WILMINGTON, DE
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

844 King St Wilm DE

DATE RECEIVED: 7-14-06
DATE OF ARREST: 8-17-06

NAME AND TITLE OF ARRESTING OFFICER: William Dance Dsny

SIGNATURE OF ARRESTING OFFICER: William Dance