# CHARLES E. BUTLER
ATTORNEY AT LAW
1224 N. King Street
Wilmington, Delaware 19801

(302) 655-4100

Admitted in Delaware,
Pennsylvania and Arizona

Fax:   (302) 655-4212
Email: ceb@cebutler.com

August 17, 2007

**HAND DELIVERED**
The Honorable Sue L. Robinson
U.S. District Court of Delaware
844 North King Street, Lock Box 31
Wilmington, DE 19801

    Re:    U.S. v. Curtis White
             C.A. No. 06-77-SLR

Dear Judge Robinson:

    My client, Curtis White, is scheduled to be sentenced by your Honor on Tuesday, August 29, 2007. I am writing to request that this sentencing be postponed to a date after November 1, 2007.

    Mr. White pled guilty to possession with intent to deliver cocaine base. As the Court is probably aware, the U.S. Sentencing Commission has promulgated a guideline change that it believes addresses the "crack/powder" discrepancy within the guidelines. This change, if it becomes effective as scheduled on November 1, would benefit Mr. White by reducing his base offense level by 2 grades. If the lower of the low as proposed is compared to the higher of the high currently in effect, the effect could be as much as 4 years' imprisonment.

    Guideline section 1B1.11 instructs the Court to use the sentencing guidelines in effect on the date of sentencing. If sentencing is postponed to a date after November 1, 2007, the amended guideline could very well have a beneficial impact on defendant's base offense level score and that benefit could very well ripple throughout the Court's deliberations on the defendant's ultimate sentence. While we feel there are good reasons to depart downward from the base offense level, we prefer to make that argument from the lowest starting point available to the defendant.

The Honorable Sue L. Robinson
August 17, 2007
Page 2

    Assistant U.S. Attorney Shannon Hanson is the assigned prosecutor. She has been contacted and has no opposition to our request for rescheduling. The defendant is in custody and will remain in custody.

Sincerely,

Charles E. Butler

Cc: Shannon Thee Hanson, AUSA
    Walter Matthews, Probation Office

**CHARLES E. BUTLER**
ATTORNEY AT LAW
1224 N. King Street
Wilmington, Delaware 19801



RECEIVED
AUG 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**HAND DELIVERED**
The Honorable Sue L. Robinson
U.S. District Court of Delaware
844 North King Street, Lock Box 31
Wilmington, DE 19801