IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | CRIM. No. 06-77-1 SLR |
| CURTIS WHITE, | : | |
| Defendant. | : | |

## ORDER

AND NOW, the _22nd_ day of _August_____, 2007, upon consideration of the motion to postpone sentencing in this action, it is hereby GRANTED. Sentencing shall be scheduled for a date after November 1, 2007.

_____
J.